UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOSEPH MCNEAL,

        Plaintiff,

    -against-

THE HARTFORD; GERARD DEGREGORIS III, MD; AETNA INC.,

        Defendants.

24-CV-7448 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

    By Order dated July 21, 2025, the Court dismissed this action for lack of subject matter jurisdiction, with 30 days' leave to file an amended pleading. (ECF No. 8.) On August 22, 2025, Plaintiff notified the Court that he had contacted the City Bar Justice Center ("CBJC") for assistance and, as a result of his communications with the CBJC, required an additional 60 days to file his amended pleading. Plaintiff did not submit an amended pleading and has not communicated with the Court since August 22, 2025. The Court therefore directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   November 19, 2025
           New York, New York

                                  /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                                 United States District Judge