UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID JOSEPH MCNEAL,<br><br>      Plaintiff,<br><br>  -against-<br><br>THE HARTFORD; GERARD DEGREGORIS III, MD; AETNA INC.,<br><br>      Defendants. | 24-cv-7448 (KMW)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the November 19, 2025, order, this action is dismissed for lack of subject matter jurisdiction.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 24, 2025
    New York, New York

                /s/ Kimba M. Wood
                 KIMBA M. WOOD
               United States District Judge